**2014–0563.   State v. South.**

Summit App. No. 26967, 2014-Ohio-374. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated at page 1 of the court of appeals' entry filed March 17, 2014:

"When a defendant is convicted of a R.C. 2941.1413 specification, does Ohio's OVI statute, R.C. 4511.19 prevail so that a five year sentence can be imposed for a third degree felony OVI or does R.C. 2929.14(A) require that the maximum sentence that can be imposed is three years?"

The conflict case is *State v. Sturgill*, 12th Dist. Clermont Nos. CA2013–01–002 and CA2013–01–003,

2013-Ohio-4648.
    O'DONNELL, J., dissents.